IN THE CIRCUIT COURT OF THE 18TH
JUDICIAL CIRCUIT IN AND FOR BREVARD
COUNTY, FLORIDA

CASE NO.

JOHN ALBER,

    Plaintiff,

v.

GEICO GENERAL INSURANCE
COMPANY, and USAA CASUALTY
INSURANCE COMPANY,

    Defendants.
_____/

## COMPLAINT

Plaintiff, JOHN ALBER, sues Defendants, GEICO GENERAL INSURANCE COMPANY and USAA CASUALTY INSURANCE COMPANY, and alleges:

1. This is an action for damages which exceed $15,000.00, exclusive of costs, interest and attorneys' fees.

2. Plaintiff, JOHN ALBER, at all times material to this action, was a resident of Indian River County, Florida.

3. Defendant, GEICO GENERAL INSURANCE COMPANY, at all times material to this action, was registered to do business in the State of Florida as an insurance company.

4. Defendant, USAA CASUALTY INSURANCE COMPANY, at all times material to this action, was registered to do business in the State of Florida as an insurance company.

## COUNT I

## UNINSURED MOTORIST CLAIM AGAINST DEFENDANT, GEICO GENERAL INSURANCE COMPANY

5. On or about May 9, 2014, Grant G. Abell, an uninsured/underinsured motorist, owned a motor vehicle. At that time, Grant G. Abell negligently operated or maintained a motor vehicle so that it wrongfully struck a vehicle in which Plaintiff, JOHN ALBER, was a passenger at or near the intersection of Babcock Street, NE and Malabar Road, SE, in Palm Bay, Brevard County, Florida.

6. As a result, Plaintiff, JOHN ALBER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are permanent and continuing, and Plaintiff will suffer the losses in the future.

7. At all times material to this action, Plaintiff, JOHN ALBER, resided with his wife, Paula Alber.

8. A policy of automobile insurance was purchased by the Plaintiff and his wife from the Defendant, GEICO GENERAL INSURANCE COMPANY, which also included uninsured motorist coverage. Plaintiff does not have a copy of said policy in his possession, but Defendant insurer has possession of said policy.

9. The policy of insurance was in full force and effect on May 9, 2014, when Plaintiff was seriously injured in the aforementioned motor vehicle accident.

10. Plaintiff has complied with all conditions precedent to the insurance policy.

WHEREFORE, Plaintiff, JOHN ALBER, demands judgment against Defendant, GEICO GENERAL INSURANCE COMPANY, for damages, costs of this action, trial by jury and such other relief as this Court may deem meet and just.

## COUNT II

### UNINSURED MOTORIST CLAIM AGAINST DEFENDANT, USAA CASUALTY INSURANCE COMPANY

11. On or about May 9, 2014, Grant G. Abell, an uninsured/underinsured motorist, owned a motor vehicle. At that time, Grant G. Abell negligently operated or maintained a motor vehicle so that it wrongfully struck a vehicle in which Plaintiff, JOHN ALBER, was a passenger at or near the intersection of Babcock Street, NE and Malabar Road, SE, in Palm Bay, Brevard County, Florida.

12. As a result, Plaintiff, JOHN ALBER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are permanent and continuing, and Plaintiff will suffer the losses in the future.

13. At all times material to this action, Plaintiff, JOHN ALBER, resided with his wife, Paula Alber.

14. A policy of automobile insurance was purchased by the Plaintiff from the Defendant, USAA CASUALTY INSURANCE COMPANY, which also included uninsured motorist coverage. Plaintiff does not have a copy of said policy in his possession, but Defendant insurer has possession of said policy.

15. The policy of insurance was in full force and effect on May 9, 2014, when Plaintiff was seriously injured in the aforementioned motor vehicle accident.

16.     Plaintiff has complied with all conditions precedent to the insurance policy.

**WHEREFORE**, Plaintiff, JOHN ALBER, demands judgment against Defendant, USAA CASUALTY INSURANCE COMPANY, for damages, costs of this action, trial by jury and such other relief as this Court may deem meet and just.

DATED this 2nd day of November, 2015.

> **GRAVES INJURY LAW GROUP**
> 3885 20th Street
> Vero Beach, FL  32960
> Tel:  (772) 569-8155
> Fax: (772) 569-8270
> Primary e-mail: pleadings@gravesinjury.com
>
> /s/ Joseph H. Graves
> Joseph H. Graves
> Florida Bar No. 946540